**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20416-CR-MARTINEZ/SANCHEZ**

**UNITED STATES OF AMERICA**

**v.**

**RAFAEL ALBERTO VARGAS GONZALEZ, et al.,**

**Defendant.**

_____/

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE**

Trial in this case is currently set for the two-week period beginning May 4, 2026.   *See* [ECF Nos. 93, 104, 110, 119, 139].   The Government respectfully requests that the Court continue the trial and all pretrial deadlines by ninety (90) days.   The Government cites the following three grounds for this Motion:

1.      **Voluminous and ongoing discovery.**   The Government has produced approximately one terabyte of discovery to all defendants who have appeared in this case except for Mr. Quintero de Vega, who just appeared last week and to whom discovery will be provided as soon as possible.   The Government respectfully requests a continuance because of the large amount of discovery and because, particularly as to Mr. Quintero de Vega, more time is required to review that discovery.

2.      **Potential resolution.**   The Government believes that resolution is possible as to several defendants in this matter and respectfully requests more time to determine whether such resolution can be achieved.

1

3.       **AUSA availability.**       Though secondary to the above-referenced grounds, the Government respectfully requests that the Court note: (1) that the lead Assistant United States Attorney is currently in trial on another matter until at least June 2026, *see United States v. Palacios Palacios* (Case No.: 22-20104-CR-BECERRA); and (2) that the undersigned Assistant United States Attorney is departing from the United States Attorney's Office tomorrow, March 27, 2026, which will require reassignment of this matter.

## CONCLUSION

For the reasons stated above, and without opposition from any of the Defendants who have appeared so far in this case, the Government respectfully requests that the Court **GRANT** this Motion and continue the trial and all pretrial deadlines by ninety (90) days.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


BY:    */s/ Jacob Koffsky*
         Jacob Koffsky
         Assistant United States Attorney
         99 NE 4th Street
         Miami, Florida 33132
         305-961-9386
         Jacob.Koffsky@usdoj.gov
         Florida Bar. No. 1018115

## **LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL**

**I HEREBY CERTIFY** that the Government has conferred with counsel for all defendants who have appeared in the case regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). No defendant opposes the relief sought.

*s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record.

*/s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney

3